1 | CHRISTOPHER J. BOMAN, Bar No. 198798
Email: cboman@laborlawyers.com
2 | FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
3 | Irvine, California 92614
Telephone (949) 851-2424
4 | Facsimile (949) 851-0152

5 | BRIDGET S. LANOUETTE, Bar No. 168394
Email: blanouette@laborlawyers.com
6 | FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
7 | San Francisco, CA 94111
Telephone (415) 490-9000
8 | Facsimile  (415) 490-9001

9 | Attorneys for Defendant
LESCONCIERGES, INC.

10 |

11 | MELANIE D. POPPER, State Bar No. 236279
mdp@revelationlaw.com
ARCOLINA PANTO, State Bar No. 235786
12 | ap@revelationlaw.com
THE REVELATION LAW FIRM
13 | 2560 9th Street, Suite 212M
Berkeley, CA  94710
14 | Telephone:    (510) 665-4195
Facsimile:     (510) 665-4197

15 | Attorneys for Plaintiff
16 | MARY ANNE ROSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANNE ROSE, an individual<br><br>Plaintiff,<br><br>v.<br><br>LES CONCIERGES, et al.,<br><br>Defendant. | Case :  CV 10 0283 MHP<br><br>STIPULATION AND [PROPOSED] ORDER RE ADR OPTIONS<br><br>Complaint:                          June 10, 2009<br>First Amended Complaint:   December 22, 2009<br>Removal Filed:                    January 21, 2010<br>Trial Date:                            None |

Pursuant to the Court's May 10, 2010 minute order, the parties submit this stipulation to attend a private mediation session as the method of alternative dispute resolution in this matter.

STIPULATION AND [PROPOSED] ORDER RE ADR OPTIONS                                                                                                                1

1  The parties previously agreed to conclude private mediation by July 30, 2010 as set forth in
2  their April 19, 2010 stipulation selecting ADR and the Court's April 21, 2010 Order pursuant
3  to that stipulation. The July 30, 2010 date for completing ADR was also referenced by counsel
4  for defendant at the Case Management Conference held on May 10, 2010. The parties believe
5  the minute order for the May 10, 2010 Case Management Conference contains a typographical
6  error because it required the parties to complete ADR 10 days earlier by July 20, 2010 although
7  this earlier date was not discussed at the Case Management Conference and the Court did not
8  indicate that the time for concluding ADR would be shortened.
9       Accordingly, the parties hereby stipulate to private mediation to be concluded by July
10 30, 2010.

12 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

14 DATED: May 24, 2010    THE REVELATION LAW FIRM

15
16 By: _____
   EUGENE A. CHANG
17 MELANIE POPPER
   Attorneys for Plaintiff
   MARY ANNE ROSE

19
20 DATED: May 24, 2010    FISHER & PHILLIPS LLP

21 By: _____
   BRIDGET S. LANOUETTE
22 CHRIS BOMAN
   Attorneys for Defendant
23 LESCONCIERGES, INC.

[PROPOSED] ORDER

PURSUANT TO THE STIPULATION ABOVE, IT IS SO ORDERED. THE DEADLINE FOR ADR SESSION IS JULY 30, 2010.

DATED: 5/25/2010

The Honorable Marilyn H. Patel
United States District Judge



STIPULATION AND [PROPOSED] ORDER RE ADR OPTIONS      3