MELANIE D. POPPER, State Bar No. 236279
mdp@revelationlaw.com
ARCOLINA PANTO, State Bar No. 235786
ap@revelationlaw.com
THE REVELATION LAW FIRM
2560 9th Street, Suite 212M
Berkeley, CA 94710
Telephone:   (510) 665-4195
Facsimile:    (510) 665-4197

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANNE ROSE, an individual,<br><br>Plaintiff<br><br>v.<br><br>LES CONCIERGES, a business entity of unknown form; Does 1-10,<br><br>Defendants. | Case No.  C 10 0283 MHP<br><br>**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice. The parties have informally resolved the above-captioned matter.

THE REVELATION LAW FIRM
Dated: August 9, 2010
By: _____/s/_____
Melanie D. Popper
Attorneys for Plaintiff
MARY ANNE ROSE

Rose Joint CMC Statements.docx

1                                                                Case No. C 10 0283 MHP
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

1
2
## ORDER

3    The case *Rose v. LesConcierges,* Case No. C100283 MHP is dismissed at the request of
4  Plaintiff ROSE.
5
6
7
8    Dated: 8/11/10 _____
                                    UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rose Joint CMC Statements.docx

2   Case No. C 10 0283 MHP
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL